RECEIVED

SEP 1 8 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 06-60074-003 |
| | * | |
| V. | * | |
| | * | JUDGE DOHERTY |
| BRYAN LEE MALBREAUX | * | MAGISTRATE JUDGE HILL |

## ORDER OF FORFEITURE

**WHEREAS**, in Count 1 of the Indictment, the United States sought forfeiture, pursuant to 21 U.S.C. § 853 of any property constituting, or derived from proceeds the defendant obtained directly or indirectly, as the result of said violations, and any property used or intended to be used in any manner or part to commit or facilitate the commission of the aforementioned violations as property involved in the defendant's drug offenses or as property traceable to property involved in such offenses;

**AND WHEREAS**, the defendant has consented to forfeiture of:

• $216,335.00 in United States Currency seized on June 16, 2005 at Apartment 1208, Chateau des Lions, 6000 Johnston Street, Lafayette, Louisiana; and,

• $19,500.00 in United States Currency seized on August 16, 2005 from a 2000 Mercury Sable in Lafayette Parish

by the execution of a Consent Decree of Forfeiture by the defendant, BRYAN LEE MALBREAUX, Mr. Gerald Block, counsel of record for defendant, and AUSA Brett L. Grayson.

1

**THEREFORE**, the United States is entitled to an Order of Forfeiture of the assets listed above pursuant to 21 U.S.C. § 853;

**ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1.  That the United States is hereby authorized to seize the following assets of defendant BRYAN LEE MALBREAUX and it is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853:

- $216,335.00 in United States Currency seized on June 16, 2005 at Apartment 1208, Chateau des Lions, 6000 Johnston Street, Lafayette, Louisiana; and,

- $19,500.00 in United States Currency seized on August 16, 2005 from a 2000 Mercury Sable in Lafayette Parish

2.  That pursuant to 21 U.S.C. § 853(n), the United States Marshal forthwith shall publish once for three successive weeks in a newspaper of general circulation, notice of this Order, notice of the Marshal's intent to dispose of the property in such manner as the Attorney General may direct; and notice that any person, other than the defendant, BRYAN LEE MALBREAUX, having or claiming a legal interest in the forfeited property must file a petition with this Court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the forfeited property; shall be signed by the petitioner under penalty of perjury; and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property and any additional facts supporting the petition's claim and the relief sought.

The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Order of Forfeiture, as a substitute for published notice as to those persons so notified.

That upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

THUS ORDERED AND SIGNED  this __l8__ day of September 2007 at Lafayette, Louisiana.

REBECCA F. DOHERTY
United States District Judge

3